**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: KIRK, JOHN MICHAEL § Case No. 09-24097
§
      KIRK, MICHAEL §
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 01, 2009. The undersigned trustee was appointed on July 01, 2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $ 25,001.33

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 10,476.19 |
| Bank service fees | 885.91 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1] | $ 13,639.23 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 03/09/2010 and the deadline for filing governmental claims was 12/28/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,250.13. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,250.13, for a total compensation of $3,250.13.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $26.44 and now requests reimbursement for expenses of $0.00, for total expenses of $26.44.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/14/2014            By: /s/JOHN E. GIERUM
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-24097  
**Case Name:** KIRK, JOHN MICHAEL

**Trustee:** (520171)   JOHN E. GIERUM  
**Filed (f) or Converted (c):** 07/01/09 (f)  
**§341(a) Meeting Date:** 07/31/09

**Period Ending:** 07/14/14

**Claims Bar Date:** 03/09/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Kirk v Southern Graphic Systems Lawsuit (s) | Unknown | 25,000.00 | | 25,000.00 | FA |
| 2 | 210 E. Witchwood Ln, Lake Bluff, IL 60044 | 800,000.00 | 0.00 | | 0.00 | FA |
| 3 | Checking (s) | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | Interest in household goods (s) | 500.00 | 0.00 | | 0.00 | FA |
| 5 | Books, etc. (s) | 300.00 | 0.00 | | 0.00 | FA |
| 6 | Clothing (s) | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Wedding ring etc. (s) | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Term life insurance (s) | 0.00 | 0.00 | | 0.00 | FA |
| 9 | 1998 Lincoln (s) | 3,000.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.33 | Unknown |
| 10 | **Assets** Totals (Excluding unknown values) | **$806,800.00** | **$25,000.00** | | **$25,001.33** | **$0.00** |

**Major Activities Affecting Case Closing:**

accountant retained and working on taxes, claims review nearly complete and getting ready to close

**Initial Projected Date Of Final Report (TFR):**   June 30, 2013        **Current Projected Date Of Final Report (TFR):**   December 31, 2014

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 09-24097 | **Trustee:** | JOHN E. GIERUM (520171) | |
| **Case Name:** | KIRK, JOHN MICHAEL | **Bank Name:** | The Bank of New York Mellon | |
| | | **Account:** | ****-******75-65 - Checking Account | |
| **Taxpayer ID #:** | **-***4708 | **Blanket Bond:** | $5,000,000.00  (per case limit) | |
| **Period Ending:** | 07/14/14 | **Separate Bond:** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/25/11 | {1} | Fultz Maddox Hovious & Dickens PLC | Settlement - Kirk v. Southern Graphic Systems | 1129-000 | 25,000.00 | | 25,000.00 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 25,000.03 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 25,000.24 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 25,000.44 |
| 07/15/11 | | To Account #**********7566 | TRANSFER OF FUNDS | 9999-000 | | 10,026.81 | 14,973.63 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 14,973.80 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 40.39 | 14,933.41 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,933.53 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 34.79 | 14,898.74 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -1.03 | 14,899.77 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,899.89 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 30.62 | 14,869.27 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,869.39 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 29.53 | 14,839.86 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,839.98 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 32.52 | 14,807.46 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,807.58 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 30.42 | 14,777.16 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,777.28 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 32.30 | 14,744.98 |
| 02/07/12 | | To Account #**********7566 | TRANSFER OF FUNDS | 9999-000 | | 13.40 | 14,731.58 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 29.18 | 14,702.40 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 30.12 | 14,672.28 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 29.06 | 14,643.22 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 33.01 | 14,610.21 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 28.93 | 14,581.28 |
| 07/09/12 | | To Account #**********7566 | TRANSFER OF FUNDS | 9999-000 | | 14,581.28 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 25,001.33 | 25,001.33 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 24,621.49 | |
| | | | **Subtotal** | | 25,001.33 | 379.84 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$25,001.33** | **$379.84** | |

{} Asset reference(s)

Printed: 07/14/2014 02:27 PM    V.13.15

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-24097  
**Case Name:** KIRK, JOHN MICHAEL  

**Taxpayer ID #:** **-***4708  
**Period Ending:** 07/14/14

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******75-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/15/11 | | From Account #**********7565 | TRANSFER OF FUNDS | 9999-000 | 10,026.81 | | 10,026.81 |
| 07/19/11 | 101 | Phillip A. Martin, Esq. | Special Counsel fees and expenses | | | 10,026.81 | 0.00 |
| | | | 10,000.00 | 3210-600 | | | 0.00 |
| | | | 26.81 | 3220-610 | | | 0.00 |
| 02/07/12 | | From Account #**********7565 | TRANSFER OF FUNDS | 9999-000 | 13.40 | | 13.40 |
| 02/10/12 | 102 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2012 FOR CASE #09-24097, Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/2012 | 2200-000 | | 13.40 | 0.00 |
| 07/09/12 | | From Account #**********7565 | TRANSFER OF FUNDS | 9999-000 | 14,581.28 | | 14,581.28 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 14,556.28 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 30.82 | 14,525.46 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 27.77 | 14,497.69 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 32.67 | 14,465.02 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 29.64 | 14,435.38 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 28.59 | 14,406.79 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001052017188 20130103 | 9999-000 | | 14,406.79 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 24,621.49 | 24,621.49 | $0.00 |
| | | | Less: Bank Transfers | | 24,621.49 | 14,406.79 | |
| | | | **Subtotal** | | 0.00 | 10,214.70 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$10,214.70** | |

{} Asset reference(s)  
Printed: 07/14/2014 02:27 PM V.13.15

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 09-24097 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | KIRK, JOHN MICHAEL | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******4866 - Checking Account |
| Taxpayer ID #: | **-***4708 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 07/14/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 14,406.79 | | 14,406.79 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.09 | 14,384.70 |
| 02/08/13 | 10103 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2013 FOR CASE #09-24097, Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/2013 | 2300-000 | | 15.94 | 14,368.76 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.29 | 14,349.47 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.94 | 14,329.53 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.98 | 14,307.55 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.26 | 14,286.29 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.17 | 14,267.12 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.57 | 14,244.55 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.48 | 14,224.07 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.77 | 14,204.30 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.47 | 14,181.83 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.03 | 14,162.80 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.40 | 14,140.40 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.01 | 14,119.39 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.95 | 14,100.44 |
| 03/04/14 | 10104 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2014 FOR CASE #09-24097, Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 02/01/14 | 2200-000 | | 13.04 | 14,087.40 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.59 | 14,067.81 |
| 04/23/14 | 10105 | Illinois Department of Revenue | 2011 IL-1040/IL-1041 | 2820-000 | | 407.00 | 13,660.81 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.58 | 13,639.23 |
| | | | ACCOUNT TOTALS | | 14,406.79 | 767.56 | $13,639.23 |
| | | | Less: Bank Transfers | | 14,406.79 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **767.56** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$767.56** | |

{} Asset reference(s)

Printed: 07/14/2014 02:27 PM    V.13.15

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 09-24097  
**Case Name:** KIRK, JOHN MICHAEL  

**Taxpayer ID #:** **-***4708  
**Period Ending:** 07/14/14

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4866 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | TOTAL - ALL ACCOUNTS | | Net Receipts | Net Disbursements | Account Balances |
| | | | **Checking # ****-******75-65** | | 25,001.33 | 379.84 | 0.00 |
| | | | **Checking # ****-******75-66** | | 0.00 | 10,214.70 | 0.00 |
| | | | **Checking # ******4866** | | 0.00 | 767.56 | 13,639.23 |
| | | | | | **$25,001.33** | **$11,362.10** | **$13,639.23** |

{} Asset reference(s)                                                                 Printed: 07/14/2014 02:27 PM    V.13.15

# Claims Proposed Distribution

## Case:  09-24097   KIRK, JOHN MICHAEL

**Case Balance:** $13,639.23     **Total Proposed Payment:** $13,639.23     **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 12 | John D. Colbert & Associates | Secured | 30,687.74 | 30,687.74 | 0.00 | 30,687.74 | 0.00 | 13,639.23 |
|  | Illinois Department of Revenue | Admin Ch. 7 | 407.00 | 407.00 | 407.00 | 0.00 | 0.00 | 13,639.23 |
|  | <2820-00  Other State or Local Taxes (post-petition, incl. post-petition real est. taxes)> | | | | | | | |
|  | JOHN E. GIERUM | Admin Ch. 7 | 3,250.13 | 3,250.13 | 0.00 | 3,250.13 | 3,250.13 | 10,389.10 |
|  | <2100-00  Trustee Compensation> | | | | | | | |
|  | Phillip A. Martin, Esq. | Admin Ch. 7 | 10,000.00 | 10,000.00 | 10,000.00 | 0.00 | 0.00 | 10,389.10 |
|  | <3210-60  Special Counsel for Trustee Fees> | | | | | | | |
|  | Phillip A. Martin, Esq. | Admin Ch. 7 | 26.81 | 26.81 | 26.81 | 0.00 | 0.00 | 10,389.10 |
|  | <3220-61  Special Counsel for Trustee Expenses> | | | | | | | |
|  | Lois West, Popowcer Katten Ltd. | Admin Ch. 7 | 931.00 | 931.00 | 0.00 | 931.00 | 931.00 | 9,458.10 |
|  | <3410-00  Accountant for Trustee Fees (Other Firm)> | | | | | | | |
|  | JOHN E. GIERUM | Admin Ch. 7 | 26.44 | 26.44 | 26.44 | 0.00 | 0.00 | 9,458.10 |
|  | <2200-00  Trustee Expenses> | | | | | | | |
| 4P | Illinois Department of Revenue | Priority | 1,270.34 | 1,270.34 | 0.00 | 1,270.34 | 1,270.34 | 8,187.76 |
| 13P | Department of the Treasury | Priority | 4,276.54 | 4,276.54 | 0.00 | 4,276.54 | 4,276.54 | 3,911.22 |
| 1 | DISCOVER BANK | Unsecured | 12,175.35 | 12,175.35 | 0.00 | 12,175.35 | 199.70 | 3,711.52 |
| 2 | Seyfarth Shaw, LLP | Unsecured | 84,428.63 | 84,428.63 | 0.00 | 84,428.63 | 1,384.80 | 2,326.72 |
| 3 | American Express Centurion Bank | Unsecured | 23,508.96 | 23,508.96 | 0.00 | 23,508.96 | 385.59 | 1,941.13 |
| 4U | Illinois Department of Revenue | Unsecured | 482.32 | 482.32 | 0.00 | 482.32 | 7.91 | 1,933.22 |
| 5 | Us Dept Of Education | Unsecured | 25,463.41 | 25,463.41 | 0.00 | 25,463.41 | 417.65 | 1,515.57 |
| 6 | Us Dept Of Education | Unsecured | 14,941.18 | 14,941.18 | 0.00 | 14,941.18 | 245.07 | 1,270.50 |
| 7 | Us Dept Of Education | Unsecured | 10,247.58 | 10,247.58 | 0.00 | 10,247.58 | 168.08 | 1,102.42 |
| 8 | PYOD LLC its successors and assigns as assignee of | Unsecured | 12,885.74 | 12,885.74 | 0.00 | 12,885.74 | 211.35 | 891.07 |
| 9 | PYOD LLC its successors and assigns as assignee of | Unsecured | 19,204.92 | 19,204.92 | 0.00 | 19,204.92 | 315.00 | 576.07 |
| 10 | Midland Funding LLC | Unsecured | 3,676.96 | 3,676.96 | 0.00 | 3,676.96 | 60.31 | 515.76 |
| 11 | Fia Card Services, NA/Bank of America | Unsecured | 28,415.89 | 28,415.89 | 0.00 | 28,415.89 | 466.08 | 49.68 |
| 13U | Department of the Treasury | Unsecured | 3,029.02 | 3,029.02 | 0.00 | 3,029.02 | 49.68 | 0.00 |

# Claims Proposed Distribution

## Case: 09-24097   KIRK, JOHN MICHAEL

| | | | | | |
|---|---|---|---|---|---|
| **Case Balance:** $13,639.23 | **Total Proposed Payment:** $13,639.23 | | **Remaining Balance:** $0.00 | | |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | **Total for Case 09-24097 :** | | **$289,335.96** | **$289,335.96** | **$10,460.25** | **$278,875.71** | **$13,639.23** | |

### CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $14,641.38 | $14,641.38 | $10,460.25 | $4,181.13 | 100.000000% |
| **Total Priority Claims :** | $5,546.88 | $5,546.88 | $0.00 | $5,546.88 | 100.000000% |
| **Total Secured Claims :** | $30,687.74 | $30,687.74 | $0.00 | $0.00 | 0.000000% |
| **Total Unsecured Claims :** | $238,459.96 | $238,459.96 | $0.00 | $3,911.22 | 1.640200% |

**TRUSTEE'S PROPOSED DISTRIBUTION**                                  Exhibit D

Case No.: 09-24097
Case Name: KIRK, JOHN MICHAEL
Trustee Name: JOHN E. GIERUM

**Balance on hand:**                                              $       13,639.23

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $       0.00
Remaining balance:                        $  13,639.23

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOHN E. GIERUM | 3,250.13 | 0.00 | 3,250.13 |
| Accountant for Trustee, Fees - Lois West, Popowcer Katten Ltd. | 931.00 | 0.00 | 931.00 |

Total to be paid for chapter 7 administration expenses:   $   4,181.13
Remaining balance:                                         $   9,458.10

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $       0.00
Remaining balance:                                             $   9,458.10

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $5,546.88 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4P | Illinois Department of Revenue | 1,270.34 | 0.00 | 1,270.34 |
| 13P | Department of the Treasury | 4,276.54 | 0.00 | 4,276.54 |

**UST Form 101-7-TFR (05/1/2011)**

|  | Total to be paid for priority claims: | $ | 5,546.88 |
|---|---|---|---|
|  | Remaining balance: | $ | 3,911.22 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 238,459.96 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | 12,175.35 | 0.00 | 199.70 |
| 2 | Seyfarth Shaw, LLP | 84,428.63 | 0.00 | 1,384.80 |
| 3 | American Express Centurion Bank | 23,508.96 | 0.00 | 385.59 |
| 4U | Illinois Department of Revenue | 482.32 | 0.00 | 7.91 |
| 5 | Us Dept Of Education | 25,463.41 | 0.00 | 417.65 |
| 6 | Us Dept Of Education | 14,941.18 | 0.00 | 245.07 |
| 7 | Us Dept Of Education | 10,247.58 | 0.00 | 168.08 |
| 8 | PYOD LLC its successors and assigns as assignee of | 12,885.74 | 0.00 | 211.35 |
| 9 | PYOD LLC its successors and assigns as assignee of | 19,204.92 | 0.00 | 315.00 |
| 10 | Midland Funding LLC | 3,676.96 | 0.00 | 60.31 |
| 11 | Fia Card Services, NA/Bank of America | 28,415.89 | 0.00 | 466.08 |
| 13U | Department of the Treasury | 3,029.02 | 0.00 | 49.68 |

|  | Total to be paid for timely general unsecured claims: | $ | 3,911.22 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**