**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: KIRK, JOHN MICHAEL                           § Case No. 09-24097-ABG
                                                    §
       KIRK, MICHAEL                                §
Debtor(s)                                           §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JOHN E. GIERUM, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $806,800.00                Assets Exempt: $6,800.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $5,131.88    Claims Discharged
                                              Without Payment: $238,874.96

Total Expenses of Administration: $15,543.23

---

3) Total gross receipts of $ 25,001.33 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 4,326.22 (see **Exhibit 2**), yielded net receipts of $20,675.11 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $30,687.74 | $30,687.74 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 15,543.23 | 15,543.23 | 15,543.23 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 5,546.88 | 5,546.88 | 1,270.34 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 238,459.96 | 238,459.96 | 3,861.54 |
| **TOTAL DISBURSEMENTS** | $0.00 | $290,237.81 | $290,237.81 | $20,675.11 |

4) This case was originally filed under Chapter 7 on July 01, 2009. The case was pending for 66 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/12/2015          By: /s/JOHN E. GIERUM
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Kirk v Southern Graphic Systems Lawsuit (s) | 1129-000 | 25,000.00 |
| Interest Income | 1270-000 | 1.33 |
| **TOTAL GROSS RECEIPTS** | | **$25,001.33** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Clerk of the United States Bankruptcy Court | Unclaimed Funds | 8500-002 | 4,326.22 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$4,326.22** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12 | John D. Colbert & Associates | 4210-000 | N/A | 30,687.74 | 30,687.74 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$30,687.74** | **$30,687.74** | **$0.00** |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Illinois Department of Revenue | 2820-000 | N/A | 407.00 | 407.00 | 407.00 |
| JOHN E. GIERUM | 2100-000 | N/A | 3,250.13 | 3,250.13 | 3,250.13 |
| Phillip A. Martin, Esq. | 3210-600 | N/A | 10,000.00 | 10,000.00 | 10,000.00 |
| Phillip A. Martin, Esq. | 3220-610 | N/A | 26.81 | 26.81 | 26.81 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Lois West, Popowcer Katten Ltd. | 3410-000 | N/A | 931.00 | 931.00 | 931.00 |
| JOHN E. GIERUM | 2200-000 | N/A | 26.44 | 26.44 | 26.44 |
| The Bank of New York Mellon | 2600-000 | N/A | 40.39 | 40.39 | 40.39 |
| The Bank of New York Mellon | 2600-000 | N/A | 33.76 | 33.76 | 33.76 |
| The Bank of New York Mellon | 2600-000 | N/A | 30.62 | 30.62 | 30.62 |
| The Bank of New York Mellon | 2600-000 | N/A | 29.53 | 29.53 | 29.53 |
| The Bank of New York Mellon | 2600-000 | N/A | 32.52 | 32.52 | 32.52 |
| The Bank of New York Mellon | 2600-000 | N/A | 30.42 | 30.42 | 30.42 |
| The Bank of New York Mellon | 2600-000 | N/A | 32.30 | 32.30 | 32.30 |
| The Bank of New York Mellon | 2600-000 | N/A | 29.18 | 29.18 | 29.18 |
| The Bank of New York Mellon | 2600-000 | N/A | 30.12 | 30.12 | 30.12 |
| The Bank of New York Mellon | 2600-000 | N/A | 29.06 | 29.06 | 29.06 |
| The Bank of New York Mellon | 2600-000 | N/A | 33.01 | 33.01 | 33.01 |
| The Bank of New York Mellon | 2600-000 | N/A | 28.93 | 28.93 | 28.93 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 30.82 | 30.82 | 30.82 |
| The Bank of New York Mellon | 2600-000 | N/A | 27.77 | 27.77 | 27.77 |
| The Bank of New York Mellon | 2600-000 | N/A | 32.67 | 32.67 | 32.67 |
| The Bank of New York Mellon | 2600-000 | N/A | 29.64 | 29.64 | 29.64 |
| The Bank of New York Mellon | 2600-000 | N/A | 28.59 | 28.59 | 28.59 |
| Rabobank, N.A. | 2600-000 | N/A | 22.09 | 22.09 | 22.09 |
| JOHN E. GIERUM | 2300-000 | N/A | 15.94 | 15.94 | 15.94 |
| Rabobank, N.A. | 2600-000 | N/A | 19.29 | 19.29 | 19.29 |
| Rabobank, N.A. | 2600-000 | N/A | 19.94 | 19.94 | 19.94 |
| Rabobank, N.A. | 2600-000 | N/A | 21.98 | 21.98 | 21.98 |
| Rabobank, N.A. | 2600-000 | N/A | 21.26 | 21.26 | 21.26 |
| Rabobank, N.A. | 2600-000 | N/A | 19.17 | 19.17 | 19.17 |
| Rabobank, N.A. | 2600-000 | N/A | 22.57 | 22.57 | 22.57 |
| Rabobank, N.A. | 2600-000 | N/A | 20.48 | 20.48 | 20.48 |
| Rabobank, N.A. | 2600-000 | N/A | 19.77 | 19.77 | 19.77 |
| Rabobank, N.A. | 2600-000 | N/A | 22.47 | 22.47 | 22.47 |
| Rabobank, N.A. | 2600-000 | N/A | 19.03 | 19.03 | 19.03 |
| Rabobank, N.A. | 2600-000 | N/A | 22.40 | 22.40 | 22.40 |
| Rabobank, N.A. | 2600-000 | N/A | 21.01 | 21.01 | 21.01 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 18.95 | 18.95 | 18.95 |
| Rabobank, N.A. | 2600-000 | N/A | 19.59 | 19.59 | 19.59 |
| Rabobank, N.A. | 2600-000 | N/A | 21.58 | 21.58 | 21.58 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $15,543.23 | $15,543.23 | $15,543.23 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4P | Illinois Department of Revenue | 5800-000 | N/A | 1,270.34 | 1,270.34 | 1,270.34 |
| 13P | Department of the Treasury | 5800-000 | N/A | 4,276.54 | 4,276.54 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $5,546.88 | $5,546.88 | $1,270.34 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DISCOVER BANK | 7100-000 | N/A | 12,175.35 | 12,175.35 | 199.70 |
| 2 | Seyfarth Shaw, LLP | 7100-000 | N/A | 84,428.63 | 84,428.63 | 1,384.80 |
| 3 | American Express Centurion Bank | 7100-000 | N/A | 23,508.96 | 23,508.96 | 385.59 |
| 4U | Illinois Department of Revenue | 7100-000 | N/A | 482.32 | 482.32 | 7.91 |
| 5 | Us Dept Of Education | 7100-000 | N/A | 25,463.41 | 25,463.41 | 417.65 |
| 6 | Us Dept Of Education | 7100-000 | N/A | 14,941.18 | 14,941.18 | 245.07 |
| 7 | Us Dept Of Education | 7100-000 | N/A | 10,247.58 | 10,247.58 | 168.08 |
| 8 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 12,885.74 | 12,885.74 | 211.35 |
| 9 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 19,204.92 | 19,204.92 | 315.00 |
| 10 | Midland Funding LLC | 7100-000 | N/A | 3,676.96 | 3,676.96 | 60.31 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 28,415.89 | 28,415.89 | 466.08 |
| 13U | Department of the Treasury | 7100-000 | N/A | 3,029.02 | 3,029.02 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $238,459.96 | $238,459.96 | $3,861.54 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-24097-ABG  
**Case Name:** KIRK, JOHN MICHAEL  

**Trustee:** (520171) JOHN E. GIERUM  
**Filed (f) or Converted (c):** 07/01/09 (f)  
**§341(a) Meeting Date:** 07/31/09  

**Period Ending:** 01/12/15  

**Claims Bar Date:** 03/09/10  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Kirk v Southern Graphic Systems Lawsuit (s) | Unknown | 25,000.00 | | 25,000.00 | FA |
| 2 | 210 E. Witchwood Ln, Lake Bluff, IL 60044 | 800,000.00 | 0.00 | | 0.00 | FA |
| 3 | Checking (s) | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | Interest in household goods (s) | 500.00 | 0.00 | | 0.00 | FA |
| 5 | Books, etc. (s) | 300.00 | 0.00 | | 0.00 | FA |
| 6 | Clothing (s) | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Wedding ring etc. (s) | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Term life insurance (s) | 0.00 | 0.00 | | 0.00 | FA |
| 9 | 1998 Lincoln (s) | 3,000.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.33 | FA |
| 10 | Assets   Totals (Excluding unknown values) | **$806,800.00** | **$25,000.00** | | **$25,001.33** | **$0.00** |

**Major Activities Affecting Case Closing:**

accountant retained and working on taxes, claims review nearly complete and getting ready to close

**Initial Projected Date Of Final Report (TFR):**  June 30, 2013    **Current Projected Date Of Final Report (TFR):**  July 15, 2014 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 09-24097-ABG | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | KIRK, JOHN MICHAEL | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******75-65 - Checking Account |
| Taxpayer ID #: | **-***4708 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 01/12/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/25/11 | {1} | Fultz Maddox Hovious & Dickens PLC | Settlement - Kirk v. Southern Graphic Systems | 1129-000 | 25,000.00 | | 25,000.00 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 25,000.03 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 25,000.24 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 25,000.44 |
| 07/15/11 | | To Account #**********7566 | TRANSFER OF FUNDS | 9999-000 | | 10,026.81 | 14,973.63 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 14,973.80 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 40.39 | 14,933.41 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,933.53 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 34.79 | 14,898.74 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -1.03 | 14,899.77 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,899.89 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 30.62 | 14,869.27 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,869.39 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 29.53 | 14,839.86 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,839.98 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 32.52 | 14,807.46 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,807.58 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 30.42 | 14,777.16 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,777.28 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 32.30 | 14,744.98 |
| 02/07/12 | | To Account #**********7566 | TRANSFER OF FUNDS | 9999-000 | | 13.40 | 14,731.58 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 29.18 | 14,702.40 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 30.12 | 14,672.28 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 29.06 | 14,643.22 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 33.01 | 14,610.21 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 28.93 | 14,581.28 |
| 07/09/12 | | To Account #**********7566 | TRANSFER OF FUNDS | 9999-000 | | 14,581.28 | 0.00 |
| | | | ACCOUNT TOTALS | | 25,001.33 | 25,001.33 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 24,621.49 | |
| | | | **Subtotal** | | 25,001.33 | 379.84 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$25,001.33** | **$379.84** | |

{} Asset reference(s)   Printed: 01/12/2015 02:09 PM   V.13.20

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 09-24097-ABG | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | KIRK, JOHN MICHAEL | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******75-66 - Checking Account |
| Taxpayer ID #: | **-***4708 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 01/12/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/15/11 | | From Account #**********7565 | TRANSFER OF FUNDS | 9999-000 | 10,026.81 | | 10,026.81 |
| 07/19/11 | 101 | Phillip A. Martin, Esq. | Special Counsel fees and expenses | | | 10,026.81 | 0.00 |
| | | | 10,000.00 | 3210-600 | | | 0.00 |
| | | | 26.81 | 3220-610 | | | 0.00 |
| 02/07/12 | | From Account #**********7565 | TRANSFER OF FUNDS | 9999-000 | 13.40 | | 13.40 |
| 02/10/12 | 102 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2012 FOR CASE #09-24097, Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/2012 | 2200-000 | | 13.40 | 0.00 |
| 07/09/12 | | From Account #**********7565 | TRANSFER OF FUNDS | 9999-000 | 14,581.28 | | 14,581.28 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 14,556.28 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 30.82 | 14,525.46 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 27.77 | 14,497.69 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 32.67 | 14,465.02 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 29.64 | 14,435.38 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 28.59 | 14,406.79 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001052017188 20130103 | 9999-000 | | 14,406.79 | 0.00 |
| | | | ACCOUNT TOTALS | | 24,621.49 | 24,621.49 | $0.00 |
| | | | Less: Bank Transfers | | 24,621.49 | 14,406.79 | |
| | | | **Subtotal** | | 0.00 | 10,214.70 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $10,214.70 | |

{} Asset reference(s)

Printed: 01/12/2015 02:09 PM    V.13.20

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 09-24097-ABG | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | KIRK, JOHN MICHAEL | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******4866 - Checking Account |
| Taxpayer ID #: | **-***4708 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 01/12/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 14,406.79 | | 14,406.79 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.09 | 14,384.70 |
| 02/08/13 | 10103 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2013 FOR CASE #09-24097, Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/2013 | 2300-000 | | 15.94 | 14,368.76 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.29 | 14,349.47 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.94 | 14,329.53 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.98 | 14,307.55 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.26 | 14,286.29 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.17 | 14,267.12 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.57 | 14,244.55 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.48 | 14,224.07 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.77 | 14,204.30 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.47 | 14,181.83 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.03 | 14,162.80 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.40 | 14,140.40 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.01 | 14,119.39 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.95 | 14,100.44 |
| 03/04/14 | 10104 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2014 FOR CASE #09-24097, Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 02/01/14 | 2200-000 | | 13.04 | 14,087.40 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.59 | 14,067.81 |
| 04/23/14 | 10105 | Illinois Department of Revenue | 2011 IL-1040/IL-1041 | 2820-000 | | 407.00 | 13,660.81 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.58 | 13,639.23 |
| 08/25/14 | 10106 | JOHN E. GIERUM | Dividend paid 100.00% on $3,250.13, Trustee Compensation; Reference: | 2100-000 | | 3,250.13 | 10,389.10 |
| 08/25/14 | 10107 | Lois West, Popowcer Katten Ltd. | Dividend paid 100.00% on $931.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 931.00 | 9,458.10 |
| 08/25/14 | 10108 | Illinois Department of Revenue | First and Final Distribution | 5800-000 | | 1,270.34 | 8,187.76 |
| 08/25/14 | 10109 | Department of the Treasury | First and Final Distribution Stopped on 12/17/14 | 5800-000 | | 4,276.54 | 3,911.22 |
| 08/25/14 | 10110 | DISCOVER BANK | First and Final Distribution | 7100-000 | | 199.70 | 3,711.52 |
| 08/25/14 | 10111 | Seyfarth Shaw, LLP | First and Final Distribution | 7100-000 | | 1,384.80 | 2,326.72 |
| 08/25/14 | 10112 | American Express Centurion Bank | First and Final Distribution | 7100-000 | | 385.59 | 1,941.13 |

Subtotals : $14,406.79  $12,465.66

{} Asset reference(s)

Printed: 01/12/2015 02:09 PM    V.13.20

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 09-24097-ABG  
**Case Name:** KIRK, JOHN MICHAEL  

**Taxpayer ID #:** **-***4708  
**Period Ending:** 01/12/15  

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4866 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/25/14 | 10113 | Illinois Department of Revenue | First and Final Distribution | 7100-000 | | 7.91 | 1,933.22 |
| 08/25/14 | 10114 | Us Dept Of Education | First and Final Distribution | 7100-000 | | 417.65 | 1,515.57 |
| 08/25/14 | 10115 | Us Dept Of Education | First and Final Distribution | 7100-000 | | 245.07 | 1,270.50 |
| 08/25/14 | 10116 | Us Dept Of Education | First and Final Distribution | 7100-000 | | 168.08 | 1,102.42 |
| 08/25/14 | 10117 | PYOD LLC its successors and assigns as assignee of | First and Final Distribution | 7100-000 | | 211.35 | 891.07 |
| 08/25/14 | 10118 | PYOD LLC its successors and assigns as assignee of | First and Final Distribution | 7100-000 | | 315.00 | 576.07 |
| 08/25/14 | 10119 | Midland Funding LLC | First and Final Distribution | 7100-000 | | 60.31 | 515.76 |
| 08/25/14 | 10120 | Fia Card Services, NA/Bank of America | First and Final Distribution | 7100-000 | | 466.08 | 49.68 |
| 08/25/14 | 10121 | Department of the Treasury | First and Final Distribution Stopped on 12/17/14 | 7100-000 | | 49.68 | 0.00 |
| 12/17/14 | 10109 | Department of the Treasury | First and Final Distribution Stopped: check issued on 08/25/14 | 5800-000 | | -4,276.54 | 4,276.54 |
| 12/17/14 | 10121 | Department of the Treasury | First and Final Distribution Stopped: check issued on 08/25/14 | 7100-000 | | -49.68 | 4,326.22 |
| 12/18/14 | 10122 | Clerk of the United States Bankruptcy Court | Unclaimed Funds | 8500-002 | | 4,326.22 | 0.00 |

|  |  |  |
|---|---:|---:|
| **ACCOUNT TOTALS** | 14,406.79 | 14,406.79 | $0.00 |
| Less: Bank Transfers | 14,406.79 | 0.00 | |
| **Subtotal** | 0.00 | 14,406.79 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $14,406.79 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---:|---:|---:|
| Checking # ****-******75-65 | 25,001.33 | 379.84 | 0.00 |
| Checking # ****-******75-66 | 0.00 | 10,214.70 | 0.00 |
| Checking # ******4866 | 0.00 | 14,406.79 | 0.00 |
| | $25,001.33 | $25,001.33 | $0.00 |

{} Asset reference(s)  
Printed: 01/12/2015 02:09 PM   V.13.20